LAWRENCE E. KOHL, Respondent, v. GEORGE J. JETTER, Appellant.

*Kohl* v. *Jetter*, 126 App. Div. 947, affirmed.
(Argued February 24, 1910; decided March 15, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 29, 1908, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action on contract.

*Otto C. Sommerich* and *Maxwell C. Katz* for appellant.

*Max D. Steuer* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WILLARD BARTLETT and CHASE, JJ. Absent: VANN, J.